THE STATE OF OHIO, APPELLANT, *v.* FREEMAN, APPELLEE.

[Cite as *State v. Freeman,* **124 Ohio St.3d 121, 2009-Ohio-6538.**]

*Certified question answered, and court of appeals' judgment reversed on the authority of State v. Lester.*

(No. 2009-1235 — Submitted September 1, 2009 — Decided December 17, 2009.)

CERTIFIED by the Court of Appeals for Mahoning County, No. 08 MA 81, 2009-Ohio-3052.

_____

{¶ 1} This matter is before the court upon the certification of a conflict by the Court of Appeals for the Seventh Appellate District. The court determines that a conflict exists.

{¶ 2} The certified question is answered by the court's opinion in *State v. Lester*, 123 Ohio St.3d 396, 2009-Ohio-4225, 916 N.E.2d 1038. The judgment of the court of appeals as to appellee's (appellant below) first assignment of error is reversed on the authority of *State v. Lester*.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

LANZINGER, J., dissents.

_____

Paul J. Gains, Mahoning County Prosecuting Attorney, and Ralph M. Rivera, Assistant Prosecuting Attorney, for appellant.

William A. Freeman, pro se.

_____